UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RANAY HURT,<br><br>            Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH, WARDEN,<br><br>            Respondent. | CASE NO. CV 08-8263-ABC (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   <u>Aug. 25, 2009</u>.

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV 08-8263 Judgment.wpd